UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Horizon Lines, LLC.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**Access Transportation and Logistics, Co., a/k/a Access Transportation and Logistics, Inc., Anthem Express World Transport, Inc. a/k/a Anthem Express, Inc.; Colgate Palmolive Co., Colgate Oral Pharmaceuticals, Inc., Fuller Brush Company, Rubbermaid, Inc., General Warehouse Corp., APL Logistics, Alliance Display and Packaging Company, Electro Biology, Inc. and Healthstar, Inc. NJ,**<br><br>    **Defendants.** | 05-4895 (WJM)<br><br>**ORDER** |

     A Report and Recommendation was filed on January 30, 2006 recommending the Court enter an Order pursuant to Fed. R. Civ. P. 55(c) vacating default entered against Defendants Access Transportation and Logistics, Inc. (improperly plead as "Access Transportation and Logistics, Co., a/k/a Access Transportation and Logistics, Inc."), and Anthem World Transport, Inc. de Puerto Rico (improperly plead as "Anthem Express World Transport, Inc. a/k/a Anthem Express, Inc.,").  The parties having been given notice that they had ten days within which to object to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2); no objection having been received; the Court having reviewed the Report and Recommendation *de novo*; and good cause appearing;

     **IT IS** on this 16th day of February 2006, hereby

     **ORDERED** that the Report and Recommendation of Magistrate Judge Ronald J. Hedges is adopted as the Opinion of this Court; it is further

     **ORDERED** that the default entered against Access Transportation and Logistics, Inc. and Anthem World Transport, Inc. de Puerto Rico on December 12, 2005 is hereby vacated; it is further

     **ORDERED** that Access Transportation and Logistics, Inc. and Anthem World Transport, Inc. de Puerto Rico file their answer or otherwise respond to the Complaint by February 20, 2006.

                                                                            s/William J. Martini

                                                               **William J. Martini, U.S.D.J.**